No. 153. SAINT LO CONSTRUCTION Co., INC. *v.* KOENIGSBERGER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George E. Allen* and *Karl Michelet* for petitioner. *Henry*

*G. Fischer, Ewing La Porte* and *Geoffrey Creyke, Jr.* for respondents.